IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY PRITCHETT,

   Petitioner,

     v.

GWINNETT COUNTY SHERIFF'S DEPT., et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-2947-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be dismissed without prejudice on the grounds of Younger abstention. The Petitioner's sovereign citizen type objections to the Report and Recommendation are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

    SO ORDERED, this 15 day of October, 2014.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge